

United States District Court
Eastern District of California

1:26-cv-02334-JLT-CDB

| MARTINEZ REYES LORENZO VENIGNO |
|---|

Plaintiff(s)

Case Number: | 1:26-at-01611 |

V.

| PAMELA BONDI, ET AL. |
|---|

APPLICATION FOR PRO HAC VICE
AND PROPOSED ORDER

Defendant(s)

Pursuant to Local Rule 180(b)(2) of the United States District Court for the Eastern District of California,

NAVEED AHMED _____ hereby applies for permission to appear and participate as

counsel in the above entitled action on behalf of the following party or parties:

MARTINEZ REYES LORENZO VENIGNO

On _____ 12/07/2015 _____ (date), I was admitted to practice and presently in good standing in the

_____ DISTRICT OF COLUMBIA _____ (court).  A certificate of good standing from that court is

submitted in conjunction with this application.  I have not been disbarred or formally censured by a court of

record or by a state bar association; and there are not disciplinary proceedings against me.

☐ I have / ☑ I have not concurrently or within the year preceding this application made a pro hac vice

application to this court.  (If you have made a pro hac vice application to this court within the last year, list

the name and case number of each matter in which an application was made, the date of application and

whether granted or denied.)

Date: _____ 03/24/2026 _____          Signature of Applicant: /s/ _____ NAVEED AHMED _____

**Pro Hac Vice Attorney**

Applicant's Name:           NAVEED AHMED

Law Firm Name:             LAW FIRM OF NAVEED AHMED PLLC

Address:                    558 23RD ST SOUTH


City:         ARLINGTON              State:   VA      Zip:   22202

Phone Number w/Area Code:   (571) 217-9232

City and State of Residence:   CHANTILLY, VIRGINIA

Primary E-mail Address:   NAVEED@NAVEEDATLAW.COM

Secondary E-mail Address:   NA571@GEORGETOWN.EDU


I hereby designate the following member of the Bar of this Court who is registered for ECF with whom the Court and opposing counsel may readily communicate regarding the conduct of the case and upon whom electronic notice shall also be served via the Court's ECF system:

Local Counsel's Name:       NICOLETTE GLAZER

Law Firm Name:             LAW OFFICES OF LARRY R GLAZER

Address:                    2121 AVENUE OF THE STARS 8TH FLOOR


City:         CENTURY CITY              State:   CA    Zip:    90067

Phone Number w/Area Code:   (310) 407-5353          Bar #    209713


## ORDER

The Pro Hac Vice Application is APPROVED.  The Pro Hac Vice Attorney is DIRECTED to request filing access through PACER.


Dated:    March 27, 2026                    _____
                                            U.S. Magistrate Judge Christopher D. Baker